# CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

Charles Bryson 536067
(Enter above the full name and prisoner identification number of the plaintiff.)

vs.

4 11-CV-0083

United States Navy
Veterans Addminstration

(Enter above the full name of the defendant(s).)

I. **Previous Lawsuits**
   A. Have you begun other lawsuits in state or federal court dealing with (1) the same facts involved in this action, or (2) otherwise relating to your imprisonment?

   Yes ( )   No( ✓ )

   B. If you anser to A(1) or (2) is yes, describe each lawsuit in the space below and tell us whether the "old" case involves the same facts or other issues. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)
   1. Parties to this previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   2. Court (if federal court, name the district; if state court, name the county):

      _____

   3. Docket Number: _____

III. **Previous Lawsuits (Cont'd)**

    4. Name of judge to whom case was assigned: _____

    5. Did the previous case involve the same facts:

        Yes ( )    No ( )

    6. Disposition (Was the case dismissed? Was it appealed? Is it still pending?):

    _____

    _____

    7. Approximate date of filing lawsuit: _____

    8. Approximate date of disposition: _____

II. **Exhaustion of Administrative Remedies**

    A. Place of Present Confinement: _____

    B. Is there a prisoner grievance procedure in this institution?

        Yes ( )    No ( )

    C. Did you present the facts relating to your complaint in the state prisoner grievance procedure?

        Yes ( )    No ( )

    D. If your answer is YES:

        1. What steps did yo take and what were the results?

        _____

        2. If you answer is NO, explain why not: _____

III. **Parties**

(In item A below, place you name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

    A. Name of Plaintiff(s): *Charles Parson*

    _____

    _____

III. **Parties (Cont'd)**
Address(es): 805 Professional Blvd, Dalton Ga, 30721

(In item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Do the same for each additional defendant, if any.)

B. Defendant(s): United States Navy

Veterans Administration

Employed as: _____

at _____

IV. **Statement of Claim**
State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

have tryed to get Disablity started where Dr Ford did a opemation on me when I was in the U.S. navy at yokohama Japan on may 3/1977, have been told Becase he put a wire around my hapatick artery I can't draw Disablity and that I have to sue For compensation For this, this was told to me By the Doctors at Chatnooga V.A.

IV. **Statement of Claim (Cont'd)**

V. **Relief**
State briefly exactly what you want the Court to do for you. **Make no legal arguments. Cite no cases or statutes.**

Ten million Dollars

## V. Relief (Cont'd)

_____
_____
_____
_____
_____
_____
_____

Signed this __25__ day of __March__, ~~19~~ __2011__.

_Charles Parson_
Signature of Plaintiff

STATE OF __Georgia__
COUNTY (CITY) OF __Whitfield   Dalton__

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED ON __3/25/2011__
(Date)

_Charles Parson_
Signature of Plaintiff