# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

CHARLES WINSTON
PARSON,

    Plaintiff,

v.

UNITED STATES NAVY
and VETERANS
ADMINISTRATION,

    Defendants.

CIVIL ACTION FILE NO.
4:11-CV-0083-HLM

## ORDER

This is a civil rights action filed under 42 U.S.C. § 1983. The case is before the Court on the Order and Final Report and Recommendation of United States Magistrate Judge Walter E. Johnson [4].

## I. Standard of Review Governing a Report and Recommendation

28 U.S.C.A. § 636(b)(1) requires that in reviewing a magistrate judge's report and recommendation, the district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C.A. § 636(b)(1). The Court therefore must conduct a de novo review if a party files "a proper, specific objection" to a factual finding contained in the report and recommendation. Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006); Jeffrey S. by Ernest S. v. State Bd. of Educ., 896 F.2d 507, 513 (11th Cir. 1990); United States v. Gaddy, 894 F.2d 1307, 1315 (11th Cir. 1990); LoConte v. Dugger, 847 F.2d 745, 750 (11th Cir. 1988). If no party files a timely objection to a

factual finding in the report and recommendation, the Court reviews that finding for clear error. Macort, 208 F. App'x at 784. Legal conclusions, of course, are subject to de novo review regardless of whether a party specifically objects. United States v. Keel, 164 F. App'x 958, 961 (11th Cir. 2006); United States v. Warren, 687 F.2d 347, 347 (11th Cir. 1982).

## II. Discussion

On March 25, 2011, Petitioner signed and mailed his Complaint. (Docket Entry No. 1 at 5.) On April 1, 2011, the Clerk received Plaintiff's Complaint.

On May 10, 2011, Judge Johnson issued his Order and Final Report and Recommendation. (Docket Entry No. 4.) Judge Johnson granted Plaintiff's request to proceed in forma pauperis for the purpose of dismissal only, but recommended

that the Court dismiss Plaintiff's Complaint as frivolous under 28 U.S.C. § 1915A. (Id.)

As of the date of this Order, the Clerk's docket indicates that Plaintiff has not filed Objections to the Order and Final Report and Recommendation. The time period in which Plaintiff could file Objections has expired, and the Court consequently finds that this matter is ripe for resolution by the Court.

For the reasons stated in Judge Johnson's thorough and well-reasoned Order and Final Report and Recommendation, the Court finds that Plaintiff's Complaint is due to be dismissed as frivolous under 28 U.S.C. § 1915A. The Court consequently adopts the Order and Final Report and Recommendation, and dismisses this case as frivolous.

## III. Conclusion

ACCORDINGLY, the Court **ADOPTS** the Order and Final Report and Recommendation of United States Magistrate Judge Walter E. Johnson [4], and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE** under 28 U.S.C.A. § 1915A, because Plaintiff's Complaint is frivolous. The Court **DIRECTS** the Clerk to **CLOSE** this case.

IT IS SO ORDERED, this the 31 day of May, 2011.

_____
UNITED STATES DISTRICT JUDGE